UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cr-00177-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ALFREDO GUTIERREZ-DELGADO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice. (Doc. No. 27). Having considered the Government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Without Prejudice (Doc. No. 27) is **GRANTED**, and the charges in this action against Defendant are **DISMISSED** without prejudice.

Signed: November 28, 2022

Max O. Cogburn Jr.
United States District Judge